NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APOTEX, INC.,**
*Plaintiff-Appellee,*

v.

**CEPHALON, INC.,**
*Defendant-Appellant,*

AND

**BARR LABORATORIES, INC., MYLAN LABORATORIES, INC., TEVA PHARMACEUTICAL INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC., RANBAXY LABORATORIES, LTD.,** AND **RANBAXY PHARMACEUTICALS, INC.,**
*Defendants.*

---

2012-1417

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in case no. 06-CV-2768, Judge Mitchell S. Goldberg.

## ON MOTION

## O R D E R

Cephalon, Inc. ("Cephalon") moves for a 60-day enlargement of time, until September 24, 2012, to file its opening brief. Apotex, Inc. ("Apotex") consents to a 30-day enlargement but opposes a 60-day enlargement.[1]

Upon consideration thereof,

IT IS ORDERED THAT:

Cephalon's motion for an extension of time is granted. Cephalon's opening brief is due no later than September 24, 2012.

FOR THE COURT

AUG 0 8 2012

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 8 2012

JAN HORBALY
CLERK

cc: Robert Breisblatt, Esq.
William F. Lee, Esq.
s25

---

[1] On July 13, 2012, the court received a letter from Apotex counsel objecting to a proposed revision in the caption. The court has not received a request to revise the caption, and the caption is not changed.